# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUAH BRANDON McCAVITT,<br><br>Petitioner,<br><br>v.<br><br>JOE LIZARRAGA,<br><br>Respondent. | No. 2:19-cv-01180 JAM GGH P<br><br><br><br>ORDER |

The Clerk of Court is directed to open a new separate habeas action and file petitioner's first amended petition for writ of habeas corpus (ECF No. 19), Request for Judicial Notice (ECF No. 20), and Appendix A-I briefs (ECF No. 21) in the new action. The new habeas action shall further be assigned to the undersigned.

IT IS SO ORDERED.

Dated: April 29, 2021

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

1